UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARVIN ANTONIO BARILLAS and DAVID
CARBALLO, on behalf of themselves and all
others similarly situated,

                      Plaintiffs,

    - against -                                                     **JUDGMENT**
                                                                                       CV 21-4737 (JMW)
BOILING CRAB CORP., d/b/a Ben's Crab
Oceanside, BENYAMIN JOHNSON, DAVID
NICO SALINDEHO, and DONNY ANDRES,

                      Defendants.
----------------------------------------------------------------X

       A Notice of Acceptance of Offer of Judgment having been filed by Plaintiffs on September 28, 2023; accepting Defendants' September 26, 2023 offer to allow judgment against them in the amount of $75,000.00 inclusive of costs and reasonable attorney's fees incurred as of the date of the offer, in complete satisfaction of all claims against Defendants alleged in Plaintiffs' Complaint, it is

       **ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiffs Marvin Antonio Barillas and David Caraballo against Defendants Boiling Crab Corp., Benyamin Johnson, David Nico Salindeho, and Donny Andres in the amount of $75,000.00 inclusive of costs and reasonable attorney's fees incurred as of the date of the offer, in complete satisfaction of all claims against Defendants alleged in Plaintiffs' Complaint; and that this case is closed.

Dated:  October 10, 2023
           Central Islip, New York

                                                                         BRENNA B. MAHONEY
                                                                         CLERK OF COURT
                                                            By:   /s/ James J. Toritto
                                                                         Deputy Clerk