UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARVIN ANTONIO BARILLAS and DAVID
CARBALLO, on behalf of themselves and all
others similarly situated,

                Plaintiffs,

   - against -                                    **AMENDED JUDGMENT**
                                                            CV 21-4737 (JMW)
BOILING CRAB CORP., d/b/a Ben's Crab
Oceanside, BENYAMIN JOHNSON, DAVID
NICO SALINDEHO, and DONNY ANDRES,

                Defendants.
------------------------------------------------------------------X

      An Order of Honorable James M. Wicks, United States Magistrate Judge, having been filed on October 25, 2023, granting the parties' joint motion to set aside the October 10, 2023 Judgment, and directing the Clerk of Court to issue a corrected judgment pursuant to Plaintiffs' Rule 68 notice of acceptance of offer of judgment for $70,000.00; and a Notice of Acceptance of Offer of Judgment having been filed by Plaintiffs on September 28, 2023, accepting Defendants' September 26, 2023 offer to allow judgment against them in the amount of $70,000.00 inclusive of costs and reasonable attorney's fees incurred as of the date of the offer, in complete satisfaction of all claims against Defendants alleged in Plaintiffs' Complaint, it is

      **ORDERED AND ADJUDGED** that the parties' joint motion to set aside the October 10, 2023 Judgment is granted; that judgment is entered in in favor of Plaintiffs Marvin Antonio Barillas and David Caraballo against Defendants Boiling Crab Corp., Benyamin Johnson, David Nico Salindeho, and Donny Andres in the amount of $70,000.00 inclusive of costs and reasonable attorney's fees incurred as of the date of the offer, in complete satisfaction of all claims against Defendants alleged in Plaintiffs' Complaint; and that this case is closed.

Dated: October 26, 2023
      Central Islip, New York

                                              BRENNA B. MAHONEY
                                              CLERK OF COURT

                             By:    <u>/s/ James J. Toritto</u>
                                   Deputy Clerk